UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V

*Peter Arest*

_____

_____

_____

8 cr 214

Docket Number & Judge

NOTICE OF
APPEARANCE

TO:     J. MICHAEL MCMAHON, CLERK

SIR:     YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.

          I AM APPEARING IN THIS ACTION AS (Please check one)

1. (     ) **CJA**        2. ( X ) **RETAINED**        3. (     ) **PUBLIC DEFENDER**

ADMITTED TO PRACTICE IN THIS COURT    (     ) NO    ( X ) YES,

                                        ADMISSION MO. ____ YR ____

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD
STANDING FROM THE ___New York___ STATE COURT, PURSUANT TO CRIMINAL
RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW
YORK.

DATED:   WHITE PLAINS, NEW YORK

                    SIGNATURE _____
                    *Larry Barnes*
                    Attorney for Defendant
                    *Morvillo, Abramowitz, Grand Iason, Anello, Bohrer*
                    Firm name, if any
                    *565 5th Av*
                    Street address
                    *New York      NY         10017*
                    City          State        Zip code
                    *(212)   866 - 9600*
                    Telephone Number