UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V
_Peter Arest_ (handwritten)

_____

_____

8 Cr 214 (handwritten)
Docket Number & Judge

NOTICE OF APPEARANCE

[USDC SDNY ELECTRONICALLY FILED stamp]
DOC #: _____
DATE FILED: _____

TO:   J. MICHAEL MCMAHON, CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. (  ) CJA         2. (✓) RETAINED         3. (  ) PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT   (  ) NO   (✗) YES,

ADMISSION MO. ___ YR ___

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __New York__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED:   WHITE PLAINS, NEW YORK

SIGNATURE _____
Jack Tigue (handwritten)
Attorney for Defendant

Morvillo Abramowitz Grand Iason, Anello + Bohrer (handwritten)
Firm name, if any

565 5th Ave
Street address

New York    NY    10017
City        State    Zip code

(212) 880-9600
Telephone Number