UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
       -against-                       :        08 CR 214 (KMK)
                                       :
                                       :        **NOTICE OF**
PETER AREST,                           :        **APPEARANCE**
                                       :
              Defendant.               :
                                       :
------------------------------------------------------X

TO THE CLERK OF THE COURT and all parties of record:

     Please enter my appearance as counsel in this case for defendant Peter Arest.  I should be noticed via ECF of all electronic filings.  My email addresses is btrencher@maglaw.com.

     I certify that I am admitted to practice in this court.

Dated:  New York, New York
        June 30, 2008

                  By:     /s/ Barbara L. Trencher
                          Barbara L. Trencher (BT-6722)
                          MORVILLO, ABRAMOWITZ, GRAND, IASON,
                            ANELLO & BOHRER, P.C.
                          565 Fifth Avenue
                          New York, New York 10017
                          212-856-9600

                          *Attorneys for Defendant Peter Arest*